# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: David William Weidman | | CHAPTER 7 |
| | Debtor(s) | |
| PENNYMAC LOAN SERVICES, LLC | Movant | NO. 20-14014 PMM |
| vs. | | |
| David William Weidman | Debtor(s) | 11 U.S.C. Section 362 |
| Lynn E. Feldman Esq. | Trustee | |

## ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 43 South 2nd Street, Emmaus, PA 18049 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

**Date: November 17, 2020**

*Patricia M. Mayer*

United States Bankruptcy Judge.

David William Weidman
101 East Mountain Road
Allentown, PA 18103

Charles Laputka, Esq.
1344 W. Hamilton Street
Allentown, PA 18102

Lynn E. Feldman Esq.
221 N. Cedar Crest Boulevard (VIA ECF)
Allentown, PA 18104

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532