United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
David William Weidman  
    Debtor

Case No. 20-14014-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Feb 05, 2021      Form ID: 318      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | David William Weidman, 101 E Mountain Road, Allentown, PA 18103-5856 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14548597 | + | Borough of Emmaus, 28 S 4th St, Emmaus, PA 18049-3899 |
| 14548601 | + | Pennymac Loan Services LLC, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 14548603 | + | Sylvia Weidman, 101 E Mountain Road, Allentown, PA 18103-5856 |
| 14548606 | + | Victor Nassar, 1145 W. Tyler Street, Whitehall, PA 18052-4525 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Feb 06 2021 04:23:00 | LYNN E. FELDMAN, Feldman Law Offices PC, 221 N. Cedar Crest Blvd., Allentown, PA 18104-4603 |
| smg | | EDI: PENNDEPTREV | Feb 06 2021 04:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 06 2021 05:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 06 2021 05:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14548596 | + | EDI: AMEREXPR.COM | Feb 06 2021 04:13:00 | American Express, PO BOX 981537, El Paso, TX 79998-1537 |
| 14548598 | + | EDI: CAPONEAUTO.COM | Feb 06 2021 04:13:00 | Capital One Auto Finance, PO BOX 259407, Plano, TX 75025-9407 |
| 14548599 | | EDI: JPMORGANCHASE | Feb 06 2021 04:13:00 | JPMCB - Card Services, 301 N. Walnut Street, Floor 09, Wilmington, DE 19801 |
| 14548600 | + | EDI: AGFINANCE.COM | Feb 06 2021 04:13:00 | Onemain, 100 International Drive, 15th floor, Baltimore, MD 21202-4784 |
| 14548604 | + | EDI: RMSC.COM | Feb 06 2021 04:13:00 | SYNCB/JCPenny, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 14548605 | + | EDI: RMSC.COM | Feb 06 2021 04:13:00 | SYNCB/PPC, PO BOX 965005, Orlando, FL 32896-5005 |
| 14548602 | | EDI: CITICORP.COM | Feb 06 2021 04:13:00 | Sears/CBNA, 133200 Smith Road, Cleveland, OH 44130 |
| 14548607 | + | EDI: WFFC.COM | | |

|  | Feb 06 2021 04:23:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |
|---|---|---|

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 07, 2021          Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor David William Weidman claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |
| LYNN E. FELDMAN | trustee.feldman@rcn.com lfeldman@ecf.axosfs.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **David William Weidman** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5567 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 20–14014–pmm | |

# Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David William Weidman

<u>2/4/21</u>                                                              **By the court:**   <u>Patricia M. Mayer</u>
                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**